ORIGINAL

FILED

03/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0030

Walter Stewart, Jr.
#2048920
CoreCivic-CCC
50 Crossroads Drive
Shelby, MT 59474
406/434-7068

Pro Se Appellant

FILED

MAR 13 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 20-0030

---

| | |
|---|---|
| WALTER STEWART, JR. ) | |
|     Plaintiff and Appellant, ) | GRANT OF EXTENSION |
| ) | |
| v. ) | |
| ) | |
| Brandon Hartford, et.al., ) | |
|     Defendants and Appellees. ) | |

---

Pursuant to the authority granted under M.R.App.P. 26(1), the Appellant is given a 30-day extension of time until April 13th, to allow the Appellant the continued opportunity to secure representation for his appeal matter.

DATED this 13 day of March, 2020.